UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>  v.<br><br>HUMBERTO CHAVEZ, et al.,<br><br>        Defendants. | Case No. 18-cv-07806-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 19 |

Plaintiff has filed a notice of provisional settlement. ECF No. 19. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within sixty days of the date of this order.

**IT IS SO ORDERED**.

Dated: September 9, 2021

_____
JON S. TIGAR
United States District Judge